UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

KRISTEN HYLAND,

          Plaintiff,

  v.

CREDIT PROTECTION ASSOC.,

          Defendant.
_____/

No. C 10-00232 LB

**ORDER VACATING CMC; DIRECTING PLAINTIFF TO FILE STATUS REPORT**

Pursuant to the ADR Scheduling Order issued on January 19, 2010 (Dkt. #3), this matter is set for a case management conference before Magistrate Judge Beeler on April 29, 2010. In advance of the conference, the parties were required to file a joint case management conference statement by April 22, 2010. To date, the parties have not filed the joint statement or filed a request to continue the conference. Accordingly, the Court **VACATES** the case management conference set for April 29, 2010. The Court **FURTHER ORDERS** Plaintiff to file a status report by May 3, 2010. The Court will issue an order re-setting the case management conference after reviewing Plaintiff's status report.

**IT IS SO ORDERED.**

Dated: April 26, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-00232
ORDER VACATING CMC; DIRECTING PLAINTIFF TO FILE STATUS REPORT