UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

KRISTEN HYLAND,

                 Plaintiff,                          No. C 10-00232 LB

   v.

CREDIT PROTECTION ASSOC.,          **ORDER RE-SETTING CASE MANAGEMENT CONFERENCE**

                 Defendant.

_____/

On April 26, 2010, after the parties failed to file a joint case management conference statement by the April 22 deadline, this Court issued an Order vacating the case management conference set for April 29, 2010, and directing Plaintiff to file a status report. (Dkt. #9.) On May 3, 2010, Plaintiff filed her Status Report stating that the parties have been discussing the case and a possible resolution, and, as a result, Plaintiff granted Defendants an extension of time to file its Answer. (Dkt. #10 at 2.) Plaintiff also indicated that she expects that in the next thirty days the parties will have either resolved the dispute or will be prepared to file a joint case management conference and participate in a case management conference. (*Id.*)

While the Court appreciates the parties' efforts toward resolution of this case, this does not relieve them of their obligation to comply with filing deadlines. Particularly, if the parties were not in a position to file a joint case management conference statement by April 22, 2010, the proper procedure was to file a request to continue the case management conference no later than the day the

C 10-00232
ORDER RE-SETTING CASE MANAGEMENT CONFERENCE

joint case management statement was due. The parties are advised that failure to comply with such deadlines in the future will result in an order to show cause being issued and possible sanctions.

Having considered Plaintiff's Status Report, the Court **HEREBY RE-SETS** the case management conference in this case for **Thursday, June 10, 2010, at 1:30 p.m.** in Courtroom 4. The parties shall file a joint case management conference statement no later than **June 3, 2010**.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-00232
ORDER RE-SETTING CASE MANAGEMENT CONFERENCE
2