DAVID I. DALBY (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
ddalby@hinshawlaw.com

Attorneys for Defendant
CREDIT PROTECTION ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN HYLAND,<br><br>    Plaintiffs,<br><br>vs.<br><br>CREDIT PROTECTION ASSOCIATION,<br><br>    Defendants. | Case No.: c4:10-00232-LB<br><br>STIPULATION TO VACATE DEFAULT OF CREDIT PROTECTION ASSOCIATION AND ~~PROPOSED~~ ORDER<br><br>Hon. Laurel Beeler<br><br>Complaint Filed: January 19, 2010 |

    1.    Pursuant to Federal Rules of Civil Procedure, Rule 55(c), Defendant CREDIT PROTECTION ASSOCIATION ("CPA") and Plaintiff KRISTEN HYLAND ("Plaintiff"') hereby stipulate that the clerk's default entered as to CPA on May 24, 2010 shall be vacated.

    2.    CPA did not previously respond to Plaintiff's complaint as CPA's counsel is handling several similar actions filed against CPA by Plaintiff's attorney and failed to recognize that CPA's responsive pleading in this case was overdue.  However, as documented in the prior pleadings and the court's Order of May 5, 2010 (Document 11) in this action, CPA's outside general counsel had been in contact with plaintiff's counsel,

1

and had informed him that he would file an appearance and answer. Due to a miscommunication between local counsel and CPA's general counsel, the responsive pleading did not get filed on time.

    3.    CPA contends that is has a just and complete defense to Plaintiff's complaint filed herein, as CPA has no record that any of its agents and/or representative ever contacted Plaintiff regarding any debt or other matter. Attached hereto is a copy of the answer CPA proposes to immediately file in this action.

DATED: May 24, 2010                       HINSHAW & CULBERTSON LLP

By:    */s/ David Ian Dalby*
Attorneys for Defendant
CREDIT PROTECTION ASSOCIATION

DATED: May 24, 2010                       KROHN & MOSS, LTD

By:    */s/ Nicholas J. Bontrager*
Attorneys for Plaintiff
KRISTEN HYLAND

ORDERED - - THE DEFAULT OF
CREDIT PROTECTION ASSOCIATION
IS HEREBY VACATED.

DATED: May __28__, 2010                  [signature]
                                                  Magistrate Judge of the District Court

STIPULATION TO VACATE CREDIT PROTECTION ASSOCIATION'S DEFAULT AND ORDER
CASE NO. 10-0232-LB

2993958v1 859800 56331