UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

KRISTEN HYLAND,

          Plaintiff,

   v.

CREDIT PROTECTION ASSOC.,

          Defendant.
_____/

No. C 10-00232 LB

**ORDER RE PLAINTIFF'S CONSENT FORM**

      This matter is set for a case management conference before Magistrate Judge Beeler on June 10, 2010. In reviewing the parties' joint CMC Statement, the Court notes that in paragraph 13(a), Plaintiff states that she "agrees to consent to a magistrate for discovery purposes only." (Dkt. #21 at 4.) However, on April 20, 2010, Plaintiff filed a Consent to Proceed Before a United States Magistrate Judge, wherein she consented to have a magistrate judge conduct "any and all further proceedings in this case." (Dkt. #8.)

      In light of this discrepancy, the Court **ORDERS** Plaintiff to file a brief clarifying whether she consents to magistrate jurisdiction for all purposes.

/ / /

/ / /

/ / /

C 10-00232
Order re Plaintiff's Consent Form

Plaintiff shall file her brief by 5:00 p.m. on June 4, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-00232
Order re Plaintiff's Consent Form