1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| KRISTEN HYLAND, | Case No.: 4:10-cv-00232-LB |
| Plaintiffs, | [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE (CMC) |
| vs. | |
| CREDIT PROTECTION ASSOCIATION, | |
| Defendants. | Hon. Laurel Beeler |
| | Complaint Filed:     January 19, 2010 |

**UPON GOOD CAUSE SHOWING IT IS HEREBY ORDERED** that defendant CREDIT PROTECTION ASSOCIATION'S counsel shall participate by telephone in the Case Management Conference scheduled for June 10, 2010 at 1:30 p.m.  Counsel will provide the courtroom deputy, Lashanda Scott with a contact phone number on June 9, 2010.

**IT IS SO ORDERED.**

DATED:  _June 2, 2010___          By: _____

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
CASE NO. 4:10-CV-00232-LB

2994156v1  859800  56331