UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| KRISTEN HYLAND,<br>    Plaintiff,<br><br>    v.<br><br>CREDIT PROTECTION ASSOCIATION,<br>    Defendant.<br>_____/ | No. C 10-0232 LB<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT'S REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:       September 9, 2010<br>Mediator:  J. Daniel Sharp |

IT IS HEREBY ORDERED that the request for defendant's representative, Vickie Grant, to be excused from personally attending the September 9, 2010 mediation session before J. Daniel Sharp is GRANTED. Ms. Grant shall be available by telephone at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 1, 2010            By:            *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge