UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KRISTEN HYLAND,<br><br>　　　　　Plaintiff,<br>　v.<br>CREDIT PROTECTION ASSOC.,<br>　　　　　Defendant.<br>_____/ | No. C 10-00232 LB<br><br>**ORDER SETTING STATUS CONFERENCE** |

　　In advance of the pre-trial deadlines currently set in this matter, the Court **HEREBY SETS** this case for a status conference on January 27, 2011 at 1:30 p.m. in Courtroom 4. The parties shall file a joint status statement by January 20, 2011, apprising the Court of any developments since the September 2010 case management conference.

　　**IT IS SO ORDERED.**

Dated: November 29, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 10-00232 LB (Order Setting Status Conference)