UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KRISTEN HYLAND,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CREDIT PROTECTION ASSOCIATION,<br><br>　　　　Defendants. | Case No.: 4:10-cv-00232-LB<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT STATUS CONFERENCE<br><br>Hon. Laurel Beeler<br><br>Complaint Filed:   January 19, 2010 |

**UPON GOOD CAUSE SHOWING IT IS HEREBY ORDERED** that defendant CREDIT PROTECTION ASSOCIATION'S counsel shall participate by telephone in the Status Conference scheduled for January 27, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: January 14, 2011        By: _____
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1