DAVID I. DALBY (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
ddalby@hinshawlaw.com

Attorneys for Defendant
CREDIT PROTECTION ASSOCIATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| KRISTEN HYLAND, | Case No. 4:10-cv-00232-LB |
| Plaintiffs, | **STIPULATION RE CREDIT PROTECTION ASSOCIATION'S MOTIONS IN LIMINE AND [PROPOSED] ORDER** |
| vs. | |
| CREDIT PROTECTION ASSOCIATION, | Complaint Filed:   January 19, 2010 |
| Defendants. | Date:   April 25, 2011<br>Time:   8:30 a.m.<br>Location: U. S. District Court<br>            1301 Clay St., Oakland, CA |

STIPULATION RE CREDIT PROTECTION ASSOCIATION'S MOTIONS IN LIMINE

By and through their respective counsel of record, plaintiff Kristen Hyland and defendant Credit Protection Association hereby stipulate that Credit Protections Association's Motions In Limine Nos. 1 and 2 are granted.

///

///

1  IT IS SO STIPULATED:

2  DATED:  April 14, 2011                    Hinshaw & Culbertson LLP

3

4                                            By:   /s/ *David Ian Dalby*
                                                   David I. Dalby
5                                                  Attorneys for Defendant
                                                   CREDIT PROTECTION ASSOCIATION
6
   DATED: April 14, 2011                     Krohn & Moss, Ltd.
7

8                                            By:   /s/ *Nicholas J. Bontrage*
                                                   Nicholas J. Bontrageer
9                                                  Attorneys for Plaintiff
                                                   KRISTEN HYLAND
10

11 IT IS SO ORDERED

12 DATED: April ___, 2011

13                                            _____
                                              THE HONORABLE LAUREL BEELER
14                                            Magistrate Judge of the District Court