**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| KRISTEN HYLAND, | No. C 10-00232 LB |
|---|---|
| Plaintiff, | |
| v. | **ORDER VACATING ALL PENDING CALENDAR DATES AND ORDERING PLAINTIFF TO FILE DISMISSAL** |
| CREDIT PROTECTION ASSOC., | |
| Defendant. | |
| _____/ | |

On April 20, 2011, the parties agreed to a settlement. Notice, ECF No. 87. In light of this development, the court **VACATES** all pending calendar dates and **ORDERS** the plaintiff to file a dismissal of this case by June 2, 2011.

**IT IS SO ORDERED.**

Dated: April 20, 2011

_____
LAUREL BEELER
United States Magistrate Judge