Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
KRISTEN HYLAND

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN HYLAND,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CREDIT PROTECTION ASSOCIATION,<br><br>　　　　Defendant. | Case No.: 4:10-cv-00232-LB<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 22, 2011

_____
The Honorable Laurel Beeler
United States Magistrate Judge